**STATE of Missouri, Respondent,**

v.

**Randall E. ARNOLD, Appellant.**

**No. WD 39786.**

Missouri Court of Appeals,
Western District.

April 19, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1988.

Application to Transfer Denied
July 26, 1988.

Roy W. Brown, Brown and Brown, Kearney, for appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and CLARK and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from jury convictions of separate offenses of selling cocaine and selling marijuana and sentences of concurrent terms of five years imprisonment. Judgment affirmed. Rule 30.25(b).